The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUSTIN ANDREW WILKE and SHAWN EDWARD WILLIAMS,<br><br>Defendants. | CR19-5364BHS<br><br>**GOVERNMENT'S MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 10, 2020 |

The United States moves to file under seal its Response to Defendant Wilke's Motion to Suppress. This is necessary pursuant to Federal Rule of Criminal Procedure 6(e) because the Response contains a discussion of matters occurring before the grand jury. It is also necessary because the Response discusses the medical condition of a witness. Accordingly, the government hereby requests that the Response, which will be

//

//

Motion to Seal
CR19-5364BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

filed under seal, be allowed to remain under seal due to the sensitive information pursuant contained therein.

DATED this 27th day of December, 2019.

                         Respectfully submitted,

                         BRIAN T. MORAN
                         United States Attorney

                         s/ *Seth Wilkinson*
                         SETH WILKINSON
                         Assistant United States Attorney
                         United States Attorney's Office
                         700 Stewart Street, Suite 5220
                         Seattle, Washington 98101-1271
                         Phone:  206-553-4259
                         Fax:  206-553-4073
                         E-mail:  Seth.Wilkinson@usdoj.gov

                         s/ *William Dreher*
                         WILLIAM DREHER
                         Assistant United States Attorney
                         United States Attorney's Office
                         700 Stewart Street, Suite 5220
                         Seattle, Washington 98101-1271
                         Phone:  206-553-4579
                         Fax:  206-553-4073
                         E-mail:  William.Dreher@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

/s/  *Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

Motion to Seal
CR19-5364BHS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970